FILED
HARRISBURG, PA

SEP 2 4 2025

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Andrew Bell

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

_____

_____

_____

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:25-CV-1788
(to be supplied by Clerk
of the District Court)

## COMPLAINT

1. The plaintiff Andrew Bell _____ a citizen of

the County of Dauphin _____ State of

Pennsylvania, residing at 2235 Swatara Street _____

wishes to file a complaint under _____
(give Title No. etc.)

_____

2. The defendant is Claiming an alleged illegal act
against the plaintiff, Andrew Bell's civil rights

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

Denial for Employment
Unfair Practice

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that _Temp-Agency's, Employers;_
_Lyneer Staffing; Fresh Express, Local 18_
_Plastic Workers (Teamsters) Are discriminating,_
_Showing acts of Discrimination. Retaliation_

_____

_____

_____

_Andrew Bell_
(Signature of Plaintiff)

_Andrew Bell_
(Printed Name of Plaintiff)

_2235 Swatara Street_
_Harrisburg, PA 17104_

(Address of Plaintiff)

_717-512-8801_
(Phone Number of Plaintiff)